UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUCK BECKSTOFFER WINES LLC,

    Plaintiff,

    v.

ULTIMATE DISTRIBUTORS, INC.,

    Defendant.

_____/

No. C 09-3881 PJH

**ORDER**

The court has attempted to review the chambers copy of the complaint filed in the above-entitled action as Exhibit A to the notice of removal, but is unable to do so. The complaint references a number of exhibits, which appear to be attached to the complaint. However, the court cannot locate the exhibits, as they are not tabbed. Moreover, the combination of small font size and poor copy quality effectively renders most of the pages completely illegible. If it is plaintiff's intent that the court actually read the complaint, plaintiff will be obliged to provide the court with a chambers copy that is legible and that is in usable format.

**IT IS SO ORDERED.**

Dated: December 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge