**United States District Court**
For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7

8   TUCK BECKSTOFFER WINES LLC,

9          Plaintiff,                          No. C 09-3881 PJH

10      v.                                     **ORDER**

11  ULTIMATE DISTRIBUTORS, INC.,

12         Defendant.

13  _____

14  AND RELATED COUNTERCLAIMS

15  _____/

16      The court is in receipt of the notice of issuance of Executive Order by the

17  Commissioner of the State of Georgia Department of Revenue on December 23, 2009,

18  along with plaintiff's statement regarding the anticipated filing of further briefing by the

19  parties.

20      The parties may either meet and confer regarding a proposed briefing schedule, and

21  submit the proposed schedule to the court, or may present their positions to the court at the

22  February 4, 2009 case management conference.  The court will defer ruling on the

23  submitted motions until after receipt of the further briefing or after the case management

24  conference, whichever comes first.

25

26  **IT IS SO ORDERED.**

27  Dated:  December 30, 2009

28                                             _____
                                               PHYLLIS J. HAMILTON
                                               United States District Judge