UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUCK BECKSTOFFER WINES LLC,

    Plaintiff,

    v.

ULTIMATE DISTRIBUTORS, INC.,

    Defendant.
_____

AND RELATED COUNTERCLAIMS
_____/

No. C 09-3881 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Laurel Beeler for a report and recommendation on the motion for attorney's fees filed by counterdefendants Chalkboard Distributors LLC, Jay Kaplan, and Tuck Beckstoffer Wines LLC.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated:  March 4, 2010

                                      _____
                                      PHYLLIS J. HAMILTON
                                      United States District Judge

cc:  Wings, Assigned M/J