SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
SIMONE M. KATZ-O'NEILL (Bar #246490)
skatz@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
TUCK BECKSTOFFER WINES LLC and
Counterdefendants CHALKBOARD
DISTRIBUTORS, LLC AND JAY KAPLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TUCK BECKSTOFFER WINES LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ULTIMATE DISTRIBUTORS, INC., a Georgia corporation,<br><br>Defendant.<br><br>ULTIMATE DISTRIBUTORS, INC., a Georgia corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CHALKBOARD DISTRIBUTORS, LLC dba GEORGIA PRIME WINE & SPIRITS, a Georgia limited liability company, and JAY KAPLAN, an individual,<br><br>Counterdefendants. | Case No. CV09-3881 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF TUCK BECKSTOFFER WINES LLC'S COMPLAINT AGAINST ULTIMATE DISTRIBUTORS, INC.**<br><br><br>Trial Date: June 20, 2011<br>Complaint Filed: July 29, 2009 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Tuck Beckstoffer Wines LLC ("TB Wines"), Defendant, Counterclaimant and Counterdefendant Ultimate Distributors, Inc. ("Ultimate"), and Counterdefendants and Counterclaimants Chalkboard Distributors, LLC dba Georgia Prime Wine & Spirits ("Chalkboard") and Jay Kaplan ("Kaplan") by and through their respective counsel, hereby submit this Stipulation and Proposed Order to the Court:

## RECITALS

WHEREAS, on July 29, 2009, TB Wines filed a Complaint against Ultimate in the Superior Court of California in and for the County of Napa;

WHEREAS, on August 24, 2009, Ultimate filed a Notice of Removal;

WHEREAS, on September 21, 2009, Ultimate filed its Answer and Counterclaims against TB Wines, Chalkboard, and Kaplan;

WHEREAS, on October 30, 2009, Chalkboard and Kaplan filed their Answer and Counterclaims against Ultimate;

WHEREAS, on January 22, 2010, the Court issued an Order granting the Motion to Strike the First, Fourth, Fifth, Sixth and Seventh Counterclaims of Ultimate Pursuant to the Anti-SLAPP Statute (C.C.P. § 425.16) brought by TB Wines, Chalkboard and Kaplan;

WHEREAS, on February 4, 2010, Ultimate filed a Notice of Voluntary Dismissal, dismissing its remaining counterclaim against TB Wines without prejudice;

WHEREAS, TB Wines and Ultimate have entered into a Settlement Agreement and have agreed that TB Wines' Complaint against Ultimate and Ultimate's Counterclaims against TB Wines shall be dismissed with prejudice; and

WHEREAS, Ultimate, Chalkboard and Kaplan have not settled their disputes related to this case.

## STIPULATION

NOW THEREFORE, based upon the foregoing, the parties stipulate as follows:

1. TB Wines' Complaint against Ultimate shall be dismissed with prejudice.
2. Such dismissal shall have no effect on the Counterclaims asserted by Ultimate

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

against Chalkboard and Kaplan, or the Counterclaims asserted by Chalkboard and Kaplan against Ultimate, all of which remain pending in this action.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| DATED: | May 21, 2010 | SHARTSIS FRIESE LLP |

By:*/s/ James P. Martin*
JAMES P. MARTIN

Attorneys for Plaintiff
TUCK BECKSTOFFER WINES LLC and
Counterdefendants CHALKBOARD
DISTRIBUTORS, LLC AND JAY KAPLAN

DATED: May 21, 2010          CONKLE, KREMER & ENGEL
Professional Law Corporation

By:*/s/ William C. Conkle*
WILLIAM C. CONKLE

Attorneys for Defendant, Counterclaimant
and Counterdefendant ULTIMATE
DISTRIBUTORS, INC.

DATED: May 21, 2010          GLASPY & GLASPY

By:*/s/ Paul Glaspy*
PAUL GLASPY

Attorneys for Defendant, Counterclaimant
and Counterdefendant ULTIMATE
DISTRIBUTORS, INC

DATED: May 21, 2010

By: */s/Lawrence Allen Rosenbluth*
LAWRENCE ALLEN ROSENBLUTH

Attorneys for Counterdefendants and Counterclaimants
CHALKBOARD DISTRIBUTORS, LLC dba GEORGIA PRIME WINE & SPIRITS and JAY KAPLAN

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: 5/26/10

HONORABLE S. J. HAMILTON
DISTRICT [JUDGE OF T]HE UNITED STATES
NORTH[ERN DISTRICT] OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 3 -

Case No. CV09-3881 PJH   STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE TUCK BECKSTOFFER WINES LLC'S COMPLAINT AGAINST ULTIMATE DISTRIBUTORS, INC.

## ECF CERTIFICATION

I, JAMES P. MARTIN, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF TUCK BECKSTOFFER WINES LLC'S COMPLAINT AGAINST ULTIMATE DISTRIBUTORS, INC.. In compliance with General Order 45.X.B, I hereby attest that WILLIAM C. CONKLE, PAUL GLASPY and LAWRENCE ROSENBLUTH have concurred in this filing.

DATED: May 21, 2010                    SHARTSIS FRIESE LLP

By: */s/ James P. Martin*
        JAMES P. MARTIN

Attorneys for Plaintiff
TUCK BECKSTOFFER WINES LLC and
Counterdefendants CHALKBOARD
DISTRIBUTORS, LLC AND JAY KAPLAN

6787\004\1651773.2

- 4 -

Case No. CV09-3881 PJH    STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE TUCK BECKSTOFFER WINES LLC'S COMPLAINT AGAINST ULTIMATE DISTRIBUTORS, INC.