UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TUCK BECKSTOFFER WINES,<br><br>　　　　　　Plaintiff(s),<br>　　v.<br>ULTIMATE DISTRIBUTORS,<br><br>　　　　　　Defendant(s).<br>_____/ | No. C 09-03881 LB<br><br>**ORDER DIRECTING THE PARTIES TO MEET AND CONFER RE MOTION FOR ATTORNEYS' FEES AND COSTS** |

　　　　On February 12, 2010, Plaintiff Tuck Beckstoffer Wines LLC ("TB Wines") and Counterdefendants Chalkboard Distributors, LLC, and Jay Kaplan (collectively, "Chalkboard") filed a Motion for Attorneys' Fees and Costs Pursuant to California Code of Civil Procedure Section 425.16(c) (Dkt. #52). The Court scheduled a hearing on the matter for August 5, 2010 (Dkt. #68). On May 26, Judge Hamilton, the presiding judge in the case, signed a Stipulation and Order dismissing with prejudice TB Wines' claims against Ultimate Distributors (Dkt. #70). In light of this settlement, Chalkboard and Ultimate are hereby **ORDERED** to meet and confer either in person or via telephone on or before July 15, 2010 regarding Chalkboard's Motion for Attorneys' Fees and Costs. The parties shall file a brief statement with the Court detailing the time, place, and result of

C 09-03881
ORDER DIRECTING THE PARTIES TO MEET AND CONFER
RE MOTION FOR ATTORNEYS' FEES AND COSTS

the meet-and-confer no later than July 22, 2010.

**IT IS SO ORDERED.**

Dated: June 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge