United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUCK BECKSTOFFER WINES,

    Plaintiff(s),                            No. C 09-3881 PJH

    v.                                  **ORDER TERMINATING MOTION**

ULTIMATE DISTRIBUTORS, INC.,

    Defendant(s).

_____/

    The court has been advised by counsel via a letter to Magistrate Judge Beeler requesting that the motion for attorney's fees scheduled for hearing on September 2, 2010, be taken off calendar, that this matter has been settled. So that the motion does not languish on this court's docket as a pending matter, it (docket no. 52) is administratively TERMINATED. Should the settlement not be finalized, the moving party need only re-notice the motion and contact Magistrate Judge Beeler's chambers for a new hearing date.

**IT IS SO ORDERED.**

Dated: September 1, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge