SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
SIMONE M. KATZ-O'NEILL (Bar #246490)
skatz@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiff
TUCK BECKSTOFFER WINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TUCK BECKSTOFFER WINES LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>       v.<br><br>ULTIMATE DISTRIBUTORS, INC., a Georgia corporation,<br><br>              Defendant.<br><br>ULTIMATE DISTRIBUTORS, INC., a Georgia corporation,<br><br>              Counterclaimant,<br><br>       v.<br><br>CHALKBOARD DISTRIBUTORS, LLC dba GEORGIA PRIME WINE & SPIRITS, a Georgia limited liability company, and JAY KAPLAN, an individual,<br><br>              Counterdefendants. | Case No.  CV09-3881 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R Civ. P. Rule 41(a)(1)]** |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 9   4111

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the parties' settlement agreements, Plaintiff and Counterdefendant TUCK BECKSTOFFER WINES LLC ("TB Wines"), Defendant, Counterclaimant and Counterdefendant ULTIMATE DISTRIBUTORS, INC., ("Ultimate"), and Counterdefendants and Counterclaimants CHALKBOARD DISTRIBUTORS, LLC dba GEORGIA PRIME WINE & SPIRITS ("Chalkboard") and JAY KAPLAN ("Kaplan") hereby stipulate as follows:

1.    TB Wines' Complaint is dismissed with prejudice.

2.    Ultimate's Counterclaims are dismissed with prejudice.

3.    Chalkboard's Counterclaims are dismissed with prejudice.

4.    Kaplan's Counterclaims are dismissed with prejudice.

5.    Each party shall bear its own costs and attorneys' fees in connection with this action.

Respectfully submitted,

DATED:    January 10, 2011          SHARTSIS FRIESE LLP


By:  _/s/ James P. Martin_____
                    JAMES P. MARTIN

Attorneys for Plaintiff
TUCK BECKSTOFFER WINES LLC and
Counterdefendants CHALKBOARD
DISTRIBUTORS, LLC and JAY KAPLAN

DATED:    January 10, 2011          GLASPY & GLASPY


By:  _/s/ Paul Glaspy_____
                    PAUL GLASPY

Attorneys for Defendant, Counterclaimant
and Counterdefendant ULTIMATE
DISTRIBUTORS, INC

SHARTSIS  FRIESE  LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  9   4111

Case No.                              STIPULATION OF DISMISSAL WITH PREJUDICE
CV09-3881 PJH

1   DATED:          January 10, 2011

2

3                                                     By: /s/ Lawrence Allen Rosenbluth
                                                          LAWRENCE ALLEN ROSENBLUTH
4
                                                      Attorneys for Counterdefendants and
5                                                     Counterclaimants
                                                      CHALKBOARD DISTRIBUTORS, LLC dba
6                                                     GEORGIA PRIME WINE & SPIRITS and
                                                      JAY KAPLAN
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                              STIPULATION OF DISMISSAL WITH PREJUDICE
CV09-3881 PJH

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:    1/10/11



HONORABLE PHYLLIS J. HAMILTON
DISTRICT JUDGE OF THE UNITED STATES
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

Case No.
CV09-3881 PJH

STIPULATION OF DISMISSAL WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

Shartsis Friese LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF CERTIFICATION**

I, JAMES P. MARTIN, am the ECF User whose identification and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE.  In compliance with General Order 45.X.B, I hereby attest that PAUL GLASPY and LAWRENCE ROSENBLUTH have concurred in this filing.

DATED:  January 10, 2011                    SHARTSIS FRIESE LLP


By: _/s/ James P. Martin_____
                            JAMES P. MARTIN

Attorneys for Plaintiff
TUCK BECKSTOFFER WINES LLC and
Counterdefendants CHALKBOARD
DISTRIBUTORS, LLC AND JAY KAPLAN

6787\004\1693035.2

- 4 -